OPINION — AG — ** POUNDAGE FEES — CHILD SUPPORT PAYMENTS ** THE COURT CLERK MAY `NOT' DEDUCT COURT COSTS AND POUNDAGE FROM THE CHILD SUPPORT PAYMENT MADE TO AN OBLIGEE, WOMAN, OR MAN, UNDER THE UNIFORM RECIPROCAL ENFORCEMENT OF SUPPORT ACT. 12 O.S. 1600.15 [12-1600.15] (CHILD SUPPORT, FEES FOR FILING, COURT COSTS, BOND) CITE: 12 O.S. 1600.15 [12-1600.15], OPINION NO. MARCH 14, 1935, DECEMBER 17, 1936, OPINION NO. 63-258, 28 O.S. 31 [28-31], OPINION NO. 68-258 (LARRY DERRYBERRY)